IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| RAYMOND F. DANIELS, III ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO.: 1:09-cv-00121-WCL-RBC |
| ) | |
| MICHIANA METRONET, INC. d/b/a ) | |
| CENTENNIAL WIRELESS and ) | |
| CENTENNIAL COMMUNICATIONS, ) | |
| ) | |
| Defendants. ) | |

**AGREED ENTRY ON MOTIONS TO DISMISS**

Come now the parties, subject to the Court's approval, agree to the dismissal of Count II of Plaintiff's Complaint **with** prejudice and the dismissal of Count III of Plaintiff's Complaint **without** prejudice.

SO UNDERSTOOD AND AGREED, this  23rd  day of July, 2009.

For the Plaintiff                                                                 For the Defendant

*/s/ Brian M. Simpson*                                                    */s/ Suzanne S. Newcomb*
John S. Bloom (#2789-92)                                              Jeffrey B. Halbert (#22727-49)
Brian M. Simpson (#20372-02)                                     Suzanne S. Newcomb (20290-41)
SHAMBAUGH, KAST, BECK & WILLIAMS, LLP   STEWART & IRWIN, P.C.

IT IS THEREFORE ORDERED that Count II of Plaintiff's Complaint is hereby DISMISSED **WITH PREJUDICE** and Count III of Plaintiff's Complaint is hereby DISMISSED **WITHOUT PREJUDICE.** .

Dated: __07/24/2009__          s/William C. Lee
                                                    _____
                                                    JUDGE, UNITED STATES DISTRICT COURT
                                                    NORTHERN DISTRICT OF INDIANA