Page 1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

RAYMOND F. DANIELS, III,           )
                                   )
        Plaintiff,                 )
                                   )
    -v-                            ) CASE NO.
                                   ) 1:09-CV-00121-WCL-RBC
MICHIANA METRONET, INC.            )
D/B/A CENTENNIAL WIRELESS AND      )
CENTENNIAL COMMUNICATIONS,         )
                                   )
        Defendants.                )

   The deposition upon oral examination of MICHAEL FILSON, a witness a produced and sworn before me, Karla Worthington, Notary Public in and for the County of Steuben, State of Indiana, taken on behalf of the Plaintiff at the offices of Stewart Richardson & Associates, 110 West Berry Street, Suite 1909, Fort Wayne, Indiana, on Tuesday, December 29, 2009, at 1:53 p.m., pursuant to the Federal Rules of Civil Procedure.

STEWART RICHARDSON & ASSOCIATES
Registered Professional Reporters
110 West Berry Street
Suite 1909
Fort Wayne, IN  46802
(260) 444-4864

Page 2

APPEARANCES

FOR THE PLAINTIFF:

   Brian M. Simpson, Esq.
   bsimpson@skbw.com
   SHAMBAUGH, KAST, BECK & WILLIAMS, LLP
   229 West Berry Street, Suite 400
   Fort Wayne, IN 46802
   260.423.1430

FOR THE DEFENDANTS:

   Suzanne S. Newcomb, Esq.
   and
   Jeffrey B. Halbert, Esq.
   snewcomb@silegal.com
   jhalbert@silegal.com
   STEWART & IRWIN
   251 East Ohio Street, Suite 1100
   Indianapolis, IN 46204
   317.639.5454

ALSO PRESENT: Patricia Slocum, AT&T representative.

INDEX OF EXAMINATION

|   |   | PAGE |
|---|---|---|
| DIRECT EXAMINATION | | |
| | Questions by Mr. Simpson | 4 |
| CROSS-EXAMINATION | | |
| | Questions by Mr. Halbert | 9 |
| REDIRECT EXAMINATION | | |
| | Questions by Mr. Simpson | 15 |
| RECROSS-EXAMINATION | | |
| | Questions by Mr. Halbert | 18 |

Page 3

INDEX OF EXHIBITS

| NUM. | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit 4* | Associate Handbook | 15 |
| Exhibit 5* | Sales Compensation Plan | 7 |

*Exhibit marked in Mr. Daniels' deposition.

Page 4

MICHAEL FILSON
having been first duly sworn to tell the truth, the whole truth, and nothing but the truth was examined and testified as follows:

DIRECT EXAMINATION
BY MR. SIMPSON:

Q  Hi, Mike. I'm Brian Simpson, Ray's attorney.
A  Hi.
Q  Could you state your name for the record and residence, please.
A  My name is Michael Filson. Residence, I live in Fort Wayne, Indiana.
Q  And are you currently employed by Centennial Wireless?
A  Yes.
Q  How long have you been employed there?
A  Just over eight years.
Q  And what is your job?
A  I'm a training manager.
Q  So do you -- my understanding is that you were the primary instructor or the sole instructor for Ray's training class.
A  That's correct.
Q  Is that correct? Do you recall Ray participating in the training class?

Page 5

1  A  Yes.
2  Q  How many training classes had you done before that
3  one?
4  A  Prior to his, somewhere between 24 and 32 probably.
5     MR. HALBERT: Are we talking about in a
6  specific period of time?
7     MR. SIMPSON: I guess what I'm trying to get
8  at is how much experience he had in training,
9  training classes. Was this his first one or if
10 it's eight or 80, it doesn't really matter.
11    BY MR. SIMPSON:
12 Q  First, you may be aware, probably are aware the
13 issue that we're driving at in this case is how the
14 overtime pay policy was applied.
15 A  Okay.
16 Q  For the associates. And in general, the issues
17 being whether the associates were salaried or
18 hourly and how their overtime pay was calculated.
19 Are you generally aware of that --
20 A  Yes.
21 Q  -- policy and/or issue?
22    Can you describe the overtime pay policy as
23 you understand it?
24 A  For inside sales reps.
25 Q  Yes.

Page 6

1  A  An inside sales rep is paid overtime based on a
2  calculation that takes into account their yearly
3  salary, the number of hours that is worked in a
4  given pay period. Not just total hours worked, but
5  also the amount of overtime hours worked. In
6  excess of 40 for a full-time employee.
7  Q  As I have described it, which I understand the math
8  is not so simple, but you're basically getting
9  halftime pay for the overtime hours worked. Is
10 that generally what you understand the result to
11 be?
12 A  Essentially, yeah.
13 Q  Now, that describes what happens when you work more
14 than 40 hours a week. What happens when you work
15 less than 40 hours a week, somebody in Ray's
16 position, an inside sales representative?
17 A  Typically according to company policy because the
18 inside sales rep is a salary, non-exempt employee,
19 if for some reason they worked more than 40 hours,
20 they are still paid for a 40-hour work week.
21 Q  Has that always been your understanding?
22 A  As long as I have been employed, yes.
23 Q  And that's what you -- can I assume that's what you
24 teach the trainees?
25 A  That's correct.

Page 7

1  Q  Do you recall Ray expressing any confusion about
2  that pay plan or asking about -- that's a tough
3  question. I know it was a year and a half ago. So
4  do you recall him raising any issues about the pay
5  plan?
6  A  Not that I can recall.
7  Q  I'm going to give you a document called a sales
8  compensation plan.
9  A  Okay.
10 Q  This is Exhibit 5 in our book. Are you familiar
11 with this document?
12 A  Yep.
13 Q  Is it a document that is discussed at the training
14 sessions?
15 A  To an extent, yes.
16 Q  What do you mean by "to an extent"?
17 A  It's a document that we have the associates read
18 and ask questions about in the areas where they are
19 unclear and then acknowledge that they have read
20 and understood it.
21 Q  Do they -- do you give them a paper copy or are
22 they viewing it electronically?
23 A  They are viewing it electronically.
24 Q  How long are they given to read it?
25 A  As long as it takes the class to complete it.

Page 8

1  Q  So can you be any more specific about that? You
2  leave the room and -- how does the sequence work?
3  A  We actually stay in the room. We actually have
4  them navigate to it on our intranet and basically
5  let them know it's time to read it, then wait until
6  the class is done.
7  Q  So it can take an hour?
8  A  It hasn't yet.
9  Q  Okay.
10    So can you give me -- what would be a typical
11 training session? What would be the typical time
12 you would expect the trainees to spend reviewing
13 this document before you moved on to do something
14 else?
15 A  If I had to give an average, I would probably say
16 20 to 25 minutes.
17 Q  Just backing up for a minute. When you said
18 generally the Centennial policy would be to pay an
19 inside sales representative his full salary if you
20 worked less than 40 hours a week, what did you mean
21 by "generally"? What would be the exceptions to
22 that?
23 A  There aren't any that I'm aware of. That's just
24 what it states in the comp plan. So that's what we
25 teach. So ...

**Page 9**

1  MR. SIMPSON: Okay. I don't have any more
2  questions.
3  - - -
4  CROSS-EXAMINATION
5  BY MR. HALBERT:
6  Q  Mike, you mentioned that during the training
7  session there is a portion of the class -- how long
8  is the class? Is it spread over a period of time?
9  A  The current class is three weeks.
10  Q  Okay. And the trainees are required to go through
11  this program before they actually move into the
12  stores; is that correct?
13  A  Correct.
14  Q  And during -- where in the training process is the
15  comp plan discussed?
16  A  In terms of its placement in the class material, it
17  gets discussed in the third week.
18  Q  And this is each trainee, they have their own
19  computer terminal during the training session?
20  A  That's correct.
21  Q  And they can access the compensation plan which is
22  Deposition Exhibit 5 by using that computer access,
23  correct?
24  A  That's correct.
25  Q  And do you allow questions to be asked about the

**Page 10**

1  compensation plan during this training session?
2  A  Yep.
3  Q  And for purposes of continuing on in the training
4  session, do you proceed on without addressing any
5  questions?
6  A  Not unless there is an instance where I don't know
7  the answer myself, in which case we write it down
8  and typically return an answer within 24, 48 hours.
9  Q  And in terms of reviewing, the trainees reviewing
10  the compensation plan, do you proceed on in the
11  training session without allowing those ISR
12  trainees to review the plan?
13  A  No.
14  Q  And do they have to acknowledge reviewing and
15  receiving this plan before proceeding on in
16  training?
17  A  They do.
18  Q  And if they do not, or they fail to acknowledge the
19  compensation plan, what is the result?
20  A  If they don't acknowledge the compensation plan,
21  the commissions department will withhold any
22  commission payments.
23  Q  So they can't receive a commission check at any
24  point in the future if they have not acknowledged
25  receipt of the plan?

**Page 11**

1  A  That's correct.
2  Q  How do they acknowledge receiving the plan during
3  the training session?
4  A  The acknowledgment is electronic. They will review
5  the document on CentWire, and then check a bubble
6  that says degree or disagree and click a button
7  that says "Submit".
8  Q  And CentWire is the company's intranet?
9  A  Yes, correct.
10  Q  And all employees of Centennial can access critical
11  documents through that intranet?
12  A  Correct.
13  Q  In terms of the compensation plan, you mentioned
14  it's available through online access, but is there
15  also a hard copy available?
16  A  There is an option to print the document. So they
17  can print.
18  Q  Can they print only one during the training session
19  or can they print one later on after leaving the
20  training session?
21  A  They can print it anywhere.
22  Q  So as long as they have continued accesses to the
23  intranet they can get the document?
24  A  Yes.
25  Q  And in terms of the compensation plan, what does it

**Page 12**

1  tell an employee in terms of their compensation?
2  A  In terms of wages?
3  Q  Yes, sir.
4  A  Basically that they are salaried, non-exempt
5  employees. That salary is paid, I think it says,
6  biweekly. That overtime is based on a calculation
7  which takes into account their yearly salary, total
8  hours worked and hours of overtime worked. And
9  that the overtime has to be approved by
10  supervisors.
11  Q  If you would turn, please, to page 5 which is Bates
12  stamped 043 of the exhibit.
13     Look at the information on this page, what
14  does it tell an ISR trainee?
15  A  You want me to read it?
16  Q  Just in general, if you know, what does this tell
17  an ISR trainee in terms of overtime pay?
18  A  Basically as far as overtime is concerned, it
19  basically let's them know they are paid overtime at
20  one half the calculated rate. It's based on the
21  total number of hours worked in a week, the number
22  of overtime hours worked, and then uses a
23  calculation based on their yearly salary to
24  calculate the actual amount paid. It also lets
25  them know they are not allowed to volunteer the