

May 20, 2008

Mr. Raymond F. Daniels III
4020 Kingsbrook Way
Fort Wayne, IN 46818

Dear Raymond:

It is with a great deal of pleasure that we extend an offer of employment to you from Centennial Wireless. This letter is intended to provide you with information about our offer. Some of the relevant terms of your employment, which are subject to change at Centennial's discretion, will be as follows:

Position: Sales Trainee Level I            Location: 597 North 13th Street Wal-Mart

Plaza Decatur, IN 46733 Start Date: June 02, 2008

**Retail Sales Manager:** Michael Loveless

**Training Requirements:** New hires begin employment by attending three weeks of Sales Training at Centennial University in Fort Wayne. IN. A training information sheet will accompany this offer and give you additional information. Successful completion is required to retain your position with Centennial Wireless.

A minimum of 12 trainees must be in attendance to conduct the Sales Training. If we are unable to schedule 12 people for the June 02, 2008 session, your start date will be changed to the next available class.

**Employment at Will:** As a condition of employment, you will be asked to sign and read our Associate Handbook, which explains "at will" employment, and to sign the Sales Compensation plan, which describes how you will be paid, includes a non-disclosure agreement and confidentiality agreement.

**Compensation:** You will receive a salary of $692.30 per pay period, which annualizes to $18,000. You are paid 26 times per year on a bi-weekly basis. In addition you will be paid a monthly commission, which is based on achieving the monthly quota.

After 120-days, a review of performance will be completed and if minimum requirements are met, you will be promoted to ISR Trainee II with a salary increase of $115.38 per pay period, which annualizes to a base of $21,000. If the minimum requirements are not met, steps up to and including dismissal will result.



Def's Ex  2
Witness Daniels
Date 11-18-09 KDW

001

ISR Trainees II will be required to achieve a minimum of 90% quota attainment, maintain an average of 80% or greater on secret shopper scores and must meet the minimum feature revenue target. After 90-days in the Sales Trainee II position, another review will be completed and if minimum requirements are met, you will be eligible for a promotion to Inside Sales Representative with an increase of $115.38 per pay period, which annualizes to the base salary of $24,000. If the minimum requirements are not met, steps up to and including dismissal will result.

**Benefits:** Centennial Wireless offers several benefits to our employees including paid holidays and vacation time. Centennial offers medical, dental, life and disability insurance and participation in our 401K Plan, which includes a company match. Upon hire, you will receive additional information about benefits and eligibility requirements.

This offer is contingent upon successful completion of the pre-employment drug screen, reference checks and proof of employment eligibility as defined by federal law. See the enclosed I-9 for a list of acceptable documentation that you should bring with you on your first day of work.

The offer of employment will remain open only until 5:00 pm EST (May 23, 2008), after which point this offer will expire in its entirety. Please indicate your acceptance of this offer and its terms by signing below.

On behalf of Centennial Wireless, we look forward to you joining the company.

Sincerely,

Michael Loveless
Retail Sales Manager

Offer Acceptance:

Raymond F. Daniels III

5/22/08
Date

Revised February 2008

00: