

# CENTENNIAL®

# Associate Handbook



Def's Ex 4
Witness Daniels
Date 11-18-09 KDW

and deductions withheld. Your net pay will be available to you in your bank account on payday.

## 6. Recording Time Worked

**Nonexempt Associates:**
As a nonexempt associate, you must record the hours you actually worked each day and indicate when you took your meal break so that Centennial can pay you for the hours you worked. At the end of each workweek, you must sign your time sheet and have it approved by your immediate supervisor. Holiday, vacation and sick hours must also be recorded.

**Exempt Associates:**
As an exempt associate, you need to keep accurate records of holiday, vacation and sick days or half-days only. Such records must be approved by your immediate supervisor.

> Recording another associate's time or letting another associate record your time is a violation of policy.

Falsifying your work records in any way is grounds for termination.

Failure to prepare a time sheet or time card may result in a delay in preparing your paycheck.

## 7. Overtime For Nonexempt Associates

Periodically, additional hours of work may be required to meet business pressures and customer demands.

Generally, nonexempt associates will receive pay for approved overtime work as follows:

> • You will be paid straight time (i.e. regular hourly rate of pay) for all hours worked up to the 40th hour in any given workweek.

> • Generally, you will be paid time and one-half your hourly rate of pay for the hours you work in excess of the 40 hour workweek, or as otherwise required by law. Certain nonexempt positions (i.e. inside sales representatives) are paid overtime on a sliding scale. See your compensation agreement or manager for more details.

> • "Hours worked" for overtime calculation include actual time worked. Company holidays and floating holidays. Other paid absences such as approved vacation days, sick leave, funeral leave, jury duty, military leave and disability *do not count* towards "hours worked" total.

As a nonexempt associate who received overtime pay for working extra hours, you are not eligible for compensatory days.

Overtime must be pre-approved by your supervisor. Also, you may not start early, work late, take work home, work through your lunch period or work overtime without your manager's approval.

## 8. Call Out Payments

Nonexempt associates called out to work while on standby will receive payment in accordance with the overtime policy. Call out hours are considered "time worked" for overtime purposes.

18

