

# CENTENNIAL WIRELESS

Sales Compensation Plan

March, 1999

Revision 3.1   (April, 2004)



Def's Ex 5
Witness Daniels
Date 11-18-09 KDW

039

Your compensation plan is designed to reward you for helping the Company meet its objectives. Over time, the Company's objectives may change. In fast growth companies like Centennial Wireless, the goals may change frequently and the compensation plan may change as the goals change.

Many of the numbers used in the text of the plan are for illustrative purposes only. The plan's actual numbers are shown on attachments specific to your position and as amended from time to time. The compensation plan is not an employment contract and all Centennial Wireless sales reps are at will associates.

## Salary

Centennial sales personnel are paid a salary. The amount of the salary is determined by position and by experience. The salary for your position is shown on the Plan Attachment appropriate to your position. Outside Sales Reps are professional, exempt associates and are not eligible for overtime pay. Inside Sales Reps are salaried, non-exempt associates. Your salary is paid semimonthly on the fifteenth and last business day of the month. When you're first employed by the Company you're paid a prorated salary based on the number of business days employed to the number of business days in the month.

You are entitled to a complete, comprehensive annual performance evaluation or review. Effective performance evaluations make it possible to establish a development plan to improve performance in your current position and to prepare you for future assignments and responsibilities. Evaluations also provide the vehicle for setting your individual objectives and goals for the next evaluation period.

You will receive an annual performance evaluation during the month of June each year. Warranted salary adjustments will become effective on July 1 of each year commencing in July 2000. If you are employed for less than one full year from July 1 of the prior year, you may receive a prorated salary adjustment based on the number of full months employed to twelve months, provided you have been employed a minimum of three full months. For example, if you joined the Company in December, you would receive 50% of an indicated salary adjustment because you were employed for six full months of the prior twelve months (January-June).

## Inside Sales Rep Overtime Program

Our Inside Sales Reps are salaried, non-exempt associates. This means two things. First, an ISR receives a full weekly salary regardless of the number of hours worked. For example, if an ISR missed two hours of scheduled work time due to an auto accident, the rep's salary is not reduced by the two missed hours. We believe this is the professional way to treat our Inside Sales Reps.

Second, the amount paid for any overtime worked is based on a calculated amount, not one and one-half times as an hourly associate would be paid. This is also the professional way to treat salaried, non-exempt associates.

The following are the guidelines for calculating ISR overtime pay.

1) A workweek is defined as Sunday at 12:00 am through Saturday at 11:59 pm.

2) ISR overtime is calculated based on workweek.

3) An ISR's annual salary is divided into 52 weeks to obtain a weekly salary, ($24,000 divided by 52 is $461.54).

4) The weekly salary is divided by the number of actual, total hours worked during the workweek to calculate the individual ISR's hourly rate.

5) The amount paid for overtime hours is one-half the calculated hourly rate.

6) The number of hours worked over forty (40) during the workweek is multiplied by the calculated hourly rate to determine the total amount paid.

The following example shows how to calculate the overtime paid to an ISR.

- Fifty (50) hours worked during the workweek.
- Weekly salary is $451.54 ($24,000 divided by 52 weeks).
- Hourly rate is $9.23 ($451.54 divided by 50 hours).
- Calculated hourly rate is $4.61 (one-half the $9.23 hourly rate).
- Ten (10) hours worked beyond forty (40) hours.
- Amount paid for overtime is $46.10
- Overtime pay is paid in arrears twice monthly.

The following are policies and procedures for Inside Sales Rep overtime.

1) We publish work schedules for each retail location. Reps are to work their schedule as shown unless changes are approved in advance by the store manager. You are not permitted to "volunteer" your time.

2) The schedules are set so that each rep should only have to work 40-hours per week. Overtime hours require advance approval from the store manager. Working unauthorized overtime may result in disciplinary action.

3) We pay overtime and do not use comp time in lieu of payment. Following this guideline is the responsibility of managers and reps.

4) A time keeping system is distributed under separate cover. Both the rep and manager must certify the hours reported.

Signature and Acknowledgment

I have read and understand the April 2004, Version 3.1 (April 26, 2004) of the Centennial Wireless Sales Compensation Plan. I agree to be bound by the terms, conditions, and policies contained in the Plan. By my signature below, I authorize the Company to withhold from my earnings as specified in the Plan.

I have read and understand that my commission month starts on the 26th of one month and ends on the 25th of the following month. I understand that my commission statements are online and I must follow the monthly calendar of due dates in order to appeal exceptions and to get paid for feature sales. As well, prior to being paid commissions, the Imaging Department must receive all contractual documents. Example: customer signed contract, billing agreement, and You're In Control driver's license.

_____

Sign Here


_____

Print Name Here


_____

Date


Directions

1. Please read and understand the compensation plan and related policies. If you do not understand any items, discuss them with your supervisor.

2. Please sign, date, and print your name in the spaces provided above. Give this signature page to your supervisor. Keep a photocopy of this page for yourself.

3. You are prohibited from reproducing this plan or from providing this plan to anyone other than an authorized Centennial associate.