Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 03/07/2009 |
| Pay Date: | 03/13/2009 |

Social Security Number: ▉▉▉▉▉▉▉
Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 807.690 | 31.50 | 118.02 | | |
| Overtime | | | | | |
| Holiday | | 8.00 | 80.77 | | |
| Vacation | | 48.00 | 484.61 | | |
| Gross Pay | | $ | 883.40 | 6,110.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 11.96- | 221.75- |
| | Social Security Tax | 54.77- | 329.23- |
| | Medicare Tax | 12.81- | 77.00- |
| | IN Withholding Tax | 29.43- | 176.94- |
| | Allen R W/H Tax | 8.66- | 52.04- |
| | Other | | |
| | *Dom401K | 17.67- | |
| | Net Pay | $ | 748.10 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

| | |
|---|---|
| Payroll check number: | 60989008 |
| Period Ending: | 03/07/2009 |
| Pay Date: | 03/13/2009 |
| Employee ID: | 016035 |

Pay to the
order of        Raymond F Daniels
This Amount:    Seven Hundred Forty-Eight and 10/100 Dollars

**NON-NEGOTIABLE**      $748.10
(THIS IS NOT A CHECK)

Def's Ex __1 7__
Witness _Daniels_
Date _11-18-09_ KDW

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending: 02/21/2009
Pay Date: 02/27/2009

Social Security Number:
Taxable Marital Status:     Married
Exemptions/Allowances:
   Federal: 01
   State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 807.690 | 64.00 | 646.14 | | |
| Overtime | | | | | |
| Sliding Scale Week 2 | | 5.50 | 24.41 | | |
| Sick | | 8.00 | 80.77 | | |
| Holiday | | 8.00 | 80.77 | | |
| **Gross Pay** | | | **$ 832.09** | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 36.74 - | 221.75 - |
| | Social Security Tax | 51.59 - | 329.23 - |
| | Medicare Tax | 12.07 - | 77.00 - |
| | IN Withholding Tax | 27.73 | 176.94 - |
| | Allen R W/H Tax | 8.15 - | 52.04 - |
| | Other | | |
| | *Dom401K | 12.64 - | |
| | **Net Pay** | | **$ 679.17** |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60982171 |
| Period Ending: | 02/21/2009 |
| Pay Date: | 02/27/2009 |
| Employee ID: | 016035 |

Pay to the
order of          Raymond F Daniels
This Amount:   Six Hundred Seventy-Nine and 17/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$679.17

108

Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

# Earnings Statement

Period Ending:        02/07/2009
Pay Date:             02/13/2009

Social Security Number:  ██████████
Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 807.690 | 80.00 | 807.68 | | |
| Overtime | | | | | |
| Sliding Scale Week 1 | | 7.75 | 32.77 | | |
| Sliding Scale Week 2 | | 8.00 | 33.65 | | |
| Gross Pay | | $ | 874.10 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 40.85- | 221.75- |
| | Social Security Tax | 54.19- | 329.23- |
| | Medicare Tax | 12.67- | 77.00- |
| | IN Withholding Tax | 29.13- | 176.94- |
| | Alien R W/H Tax | 8.57- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 17.48 | |
| | Net Pay | $ | 711.21 |

\* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

| | |
|---|---|
| Payroll check number: | 60974679 |
| Period Ending: | 02/07/2009 |
| Pay Date: | 02/13/2009 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:

Raymond F Daniels

Seven Hundred Eleven and 21/100 Dollars

**NON-NEGOTIABLE**        $711.21
(THIS IS NOT A CHECK)

109

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:      01/24/2009
Pay Date:            01/30/2009

Social Security Number:
Taxable Marital Status:     Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 8C7.690 | 72.00 | 726.91 | |
| Overtime | | | | |
| Sliding Scale Week 2 | | 5.00 | 22.44 | |
| Sick | | 8.00 | 80.77 | |
| Gross Pay | | $ | 830.12 | 5,310.24 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Withholding Tax | 36.54- | 221.75- |
| | Social Security Tax | 51.47- | 329.23- |
| | Medicare Tax | 12.04- | 77.00- |
| | IN Withholding Tax | 27.66- | 176.94- |
| | Allen R W/H Tax | 8.14- | 52.04- |
| | Other | | |
| | *Dom401K | 16.60 | |
| | Net Pay | $ | 677.67 |

Important Notes

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

Payroll check number:      60968247
Period Ending:              01/24/2009
Pay Date:                   01/30/2009
Employee ID:                016035

Pay to the
order of       Raymond F Daniels
This Amount:   Six Hundred Seventy-Seven and 67/100 Dollars

## NON-NEGOTIABLE            $677.67
(THIS IS NOT A CHECK)

110

Michiana Metronet. Inc.
3349 Route 138  Bldg A
Wall. NJ  07719

# Earnings Statement

Period Ending:          01/10/2009
Pay Date:               01/16/2009

Social Security Number:       ▅▅▅▅▅▅
Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Regular | 907.690 | 72.00 | 726.91 | | |
| Overtime | | | | | |
| Sliding Scale Week 2 | | 2.75 | 12.99 | | |
| Floating Personal | | 8.00 | 80.77 | | |
| Other Bonus | | | 250.00 | | |
| **Gross Pay** | | $ | 1,070.67 | 5,310.24 | |

| Deductions | Statutory | | |
|------------|-----------|------|---------|
| | Federal Withholding Tax | 80.12· | 221.75· |
| | Social Security Tax | 66.38· | 329.23· |
| | Medicare Tax | 15.52· | 77.00· |
| | IN Withholding Tax | 35.67 | 176.94· |
| | Allen R W/H Tax | 10.49 | 52.04· |
| | | | |
| | **Other** | | |
| | *Dom401K | 21.41· | |
| | | | |
| | **Net Pay** | $ | 861.08 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

Payroll check number:   60960995
Period Ending:          01/10/2009
Pay Date:               01/16/2009
Employee ID:            016035

Pay to the
order of     Raymond F Daniels
This Amount: Eight Hundred Sixty-One and 08/100 Dollars

**NON-NEGOTIABLE**                    $861.08
(THIS IS NOT A CHECK)

111

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

## Earnings Statement

Period Ending:          12/27/2008
Pay Date:               01/02/2009

Social Security Number:
Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 507.690 | 72.00 | 726.91 | |
| Overtime | | | | |
| Sliding Scale Week 1 | 1.77 | | 8.46 | |
| Sliding Scale Week 2 | 0.75 | | 3.72 | |
| Holiday | 8.00 | | 80.77 | |
| Gross Pay | | $ | 819.86 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 35.54- | 221.75- |
| | Social Security Tax | 50.83- | 329.23- |
| | Medicare Tax | 11.89- | 77.00- |
| | IN Withholding Tax | 27.32- | 176.94- |
| | Allen R W/H Tax | 8.03- | 52.04- |
| | Other | | |
| | *Dom401K | 16.40- | |
| | Net Pay | $ | 669.85 |

Important Notes

\* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

Payroll check number:   60953420
Period Ending:          12/27/2008
Pay Date:               01/02/2009
Employee ID:            016035

Pay to the
order of
This Amount:   Raymond F Daniels
Six Hundred Sixty-Nine and 85/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$669.85

112

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:        12/13/2008
Pay Date:             12/19/2008

Social Security Number:  ████████████
Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 807.690 | 72.00 | 726.91 | |
| Overtime | | | | |
| Sliding Scale Week 2 | | 5.00 | 22.44 | |
| Sick | | 8.00 | 80.77 | |
| Retro Pay | | | 308.78 | |
| Sliding Scale Week 3 | | | 10.73 | |
| Gross Pay | | $ | 1,369.63 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 75.68- | 221.75- |
| | Social Security Tax | 72.52- | 329.23- |
| | Medicare Tax | 16.96- | 77.00- |
| | IN Withholding Tax | 38.97- | 176.94- |
| | Allen R W/H Tax | 11.46- | 52.04- |
| | Other | | |
| | *Dom401K | 23.39 | |
| Net Pay | | $ | 930.65 |

\* This deduction reduces taxable gross.

Important Notes

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60941874 |
| Period Ending: | 12/13/2008 |
| Pay Date: | 12/19/2008 |
| Employee ID: | 016035 |

Pay to the
order of   Raymond F Daniels
This Amount:   Nine Hundred Thirty and 65/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$930.65

113

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 11/29/2008 |
| Pay Date: | 12/05/2008 |

Social Security Number:
Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 807.690 | 64.00 | 553.86 | | |
| Overtime | | | | | |
| Sliding Scale Week 1 | | 10.25 | 35.30 | | |
| Sliding Scale Week 2 | | 15.00 | 47.20 | | |
| Holiday | | 16.00 | 138.46 | | |
| Gross Pay | | $ | 774.82 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 31.70- | 221.75- |
| | Social Security Tax | 48.04- | 329.23- |
| | Medicare Tax | 11.23- | 77.00- |
| | IN Withholding Tax | 25.82- | 176.94- |
| | Allen R W/H Tax | 7.59- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 15.50- | |
| | | | |
| | Net Pay | $ | 634.94 |

\* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60933726 |
| Period Ending: | 11/29/2008 |
| Pay Date: | 12/05/2008 |
| Employee ID: | 016035 |

Pay to the
order of      Raymond F Daniels
This Amount:  Six Hundred Thirty-Four and 94/100 Dollars

NON-NEGOTIABLE   $634.94
(THIS IS NOT A CHECK)

114

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:     11/24/2008
Pay Date:          11/28/2008

Social Security Number:     ▬▬▬▬
Taxable Marital Status:     Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Regular  | 807.690 | | | | |
| Overtime | | | | | |
| Commissions | | | 865.38 | | |
| Gross Pay | | $ | 865.38 | 5,310.24 | |

| Deductions | Statutory | | |
|------------|-----------|--------------|-------------|
| | Federal Withholding Tax | 36.89- | 221.75- |
| | Social Security Tax | 53.65- | 329.23- |
| | Medicare Tax | 12.55- | 77.00- |
| | IN Withholding Tax | 28.83- | 176.94- |
| | Allen R W/H Tax | 8.48- | 52.04- |
| | Other | | |
| | *Dom401K | 17.31- | |
| | Net Pay | $ | 707.67 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| Payroll check number: | 60927053 |
|------------------------|----------|
| Period Ending: | 11/24/2008 |
| Pay Date: | 11/28/2008 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:

Raymond F Daniels

Seven Hundred Seven and 67/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$707.67

115

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending: 11/15/2008
Pay Date: 11/21/2008

Social Security Number:
Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 01
 State: 00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 807.690 | 80.00 | 692.32 | |
| Overtime | | | | |
| Sliding Scale Week 1 | | 5.00 | 19.23 | |
| Sliding Scale Week 2 | | 7.75 | 28.09 | |
| Sliding Scale Week 3 | | | 0.13 | |
| Gross Pay | | $ | 739.77 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 28.27 | 221.75 |
| | Social Security Tax | 45.86 | 329.23 |
| | Medicare Tax | 10.72 | 77.00 |
| | IN Withholding Tax | 24.65 | 176.94 |
| | Allen R W/H Tax | 7.25 | 52.04 |
| | Other | | |
| | *Dom401K | 14.80 | |
| | Net Pay | $ | 608.22 |

Important Notes

\* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60924575 |
| Period Ending: | 11/15/2008 |
| Pay Date: | 11/21/2008 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:

Raymond F Daniels
Six Hundred Eight and 22/100 Dollars

**NON-NEGOTIABLE** $608.22
(THIS IS NOT A CHECK)

116

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 11/01/2008 |
| Pay Date: | 11/07/2008 |

Social Security Number: ▮▮▮▮▮▮▮
Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 01
    State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 8:7.690 | 80.00 | 692.32 | | |
| Overtime | | | | | |
| Sliding Scale Week 1 | | 2.50 | 10.18 | | |
| Sliding Scale Week 2 | | 3.50 | 13.93 | | |
| Gross Pay | | $ | 716.43 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 25.98- | 221.75- |
| | Social Security Tax | 44.42- | 329.23- |
| | Medicare Tax | 10.39- | 77.00- |
| | IN Withholding Tax | 23.87- | 176.94- |
| | Alien R W/H Tax | 7.02- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 14.33- | |
| | | | |
| | Net Pay | $ | 590.42 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60917446 |
| Period Ending: | 11/01/2008 |
| Pay Date: | 11/07/2008 |
| Employee ID: | 016035 |

Pay to the
order of        Raymond F Daniels
This Amount:   Five Hundred Ninety and 42/100 Dollars

**NON-NEGOTIABLE**        $590.42
(THIS IS NOT A CHECK)

117

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

## Earnings Statement

| | |
|---|---|
| Period Ending: | 10/27/2008 |
| Pay Date: | 10/31/2008 |

Social Security Number: ████████
Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal: 01
   State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 807.690 | | | | |
| Overtime | | | | | |
| Commissions | | | 2.50 | | |
| Gross Pay | | 6 | 2.50 | 5,310.24 | |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Withholding Tax | | | 221.75- |
| | Social Security Tax | 0.16- | | 329.23- |
| | Medicare Tax | 0.04- | | 77.00- |
| | IN Withholding Tax | 0.08- | | 176.94- |
| | Allen R W/H Tax | 0.02- | | 52.04- |
| | | | | |
| | Other | | | |
| | *Dom401K | 0.05- | | |
| | | | | |
| | Net Pay | 6 | 2.38 | |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| Payroll check number: | 60912543 |
|---|---|
| Period Ending: | 10/27/2008 |
| Pay Date: | 10/31/2008 |
| Employee ID: | 016035 |

Pay to the
order of     Raymond F Daniels
This Amount:  Two and 15/100 Dollars

## NON-NEGOTIABLE    $2.15
(THIS IS NOT A CHECK)

118

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 10/18/2008 |
| Pay Date: | 10/24/2008 |

Social Security Number:  ████████
Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | |
| Overtime | | | | |
| Sliding Scale Week 1 | | 3.00 | 12.08 | |
| Sliding Scale Week 2 | | 1.00 | 4.22 | |
| Sliding Scale Week 3 | | | 123.43 | |
| **Gross Pay** | | $ | 832.05 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 37.31- | 221.75- |
| | Social Security Tax | 51.59- | 329.23- |
| | Medicare Tax | 12.06- | 77.00- |
| | IN Withholding Tax | 27.72- | 276.94- |
| | Allen R W/H Tax | 8.15- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 16.64- | |
| | **Net Pay** | $ | 678.58 |

Important Notes

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60910128 |
| Period Ending: | 10/18/2008 |
| Pay Date: | 10/24/2008 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:
Raymond F Daniels
Six Hundred Seventy-Eight and 58/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$678.58

119

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

## Earnings Statement

Period Ending:          10/04/2008
Pay Date:               10/10/2008

Social Security Number:   ▮▮▮▮▮▮▮
Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 652.310 | 80.00 | 692.32 | |
| Overtime | | | | |
| Sliding Scale Week 1 | | 3.00 | 12.08 | |
| Sliding Scale Week 2 | | 6.25 | 23.39 | |
| Gross Pay | | $ | 727.79 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 27.09- | 221.75- |
| | Social Security Tax | 45.12- | 329.23- |
| | Medicare Tax | 10.56- | 77.00- |
| | IN Withholding Tax | 24.25- | 176.94- |
| | Allen R W/H Tax | 7.13- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 14.56- | |
| | | | |
| | Net Pay | $ | 599.08 |

Important Notes

\* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60902194 |
| Period Ending: | 10/04/2008 |
| Pay Date: | 10/10/2008 |
| Employee ID: | 016035 |

Pay to the
order of       Raymond F Daniels
This Amount:   Five Hundred Ninety-Nine and 08/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$599.08

12C

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:       09/24/2008
Pay Date:            09/30/2008

Social Security Number:       ▬▬▬▬
Taxable Marital Status:       Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 692.310 | | | |
| Overtime | | | | |
| Commissions | | | 1,543.50 | |
| **Gross Pay** | | $ | 1,643.50 | 5,310.24 |

**Important Notes**

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Withholding Tax | 122.62- | 221.75- |
| | Social Security Tax | 95.70 | 329.23- |
| | Medicare Tax | 22.38- | 77.00- |
| | IN Withholding Tax | 51.43- | 176.94- |
| | Allen R W/H Tax | 15.13- | 52.04- |
| | Other | | |
| | *Dom401K | 30.87- | |
| | **Net Pay** | $  1,205.37 | |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|--|--|
| Payroll check number: | 60894410 |
| Period Ending: | 09/24/2008 |
| Pay Date: | 09/30/2008 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:    Raymond F Daniels
One Thousand Two Hundred Five and 37/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$1,205.37

Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 09/20/2008 |
| Pay Date: | 09/26/2008 |

Social Security Number:
Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN 46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 692.310 | 72.00 | 623.09 | | |
| Overtime | | | | | |
| Sliding Scale Week 2 | | 7.00 | 25.78 | | |
| Vacation | | 8.00 | 69.23 | | |
| Sliding Scale Week 3 | | | 26.79 | | |
| **Gross Pay** | | $ | 744.89 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 28.77- | 221.75- |
| | Social Security Tax | 46.18- | 329.23- |
| | Medicare Tax | 10.80- | 77.00- |
| | IN Withholding Tax | 24.82- | 176.94- |
| | Allen R W/H Tax | 7.30- | 52.04- |
| | Other | | |
| | *Dom401K | 14.90- | |
| **Net Pay** | | $ | 612.12 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

| | |
|---|---|
| Payroll check number: | 60892430 |
| Period Ending: | 09/20/2008 |
| Pay Date: | 09/26/2008 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:   Raymond F Daniels

Six Hundred Twelve and 12/100 Dollars

**NON-NEGOTIABLE**   $612.12
(THIS IS NOT A CHECK)

122

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 09/06/2008 |
| Pay Date: | 09/12/2008 |

Social Security Number: ████████
Taxable Marital Status:     Married
Exemptions/Allowances:
   Federal: 01
   State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | | |
| Overtime | | | | | |
| Sliding Scale Week 1 | | 9.00 | 31.79 | | |
| Sliding Scale Week 2 | | 4.00 | 15.73 | | |
| Gross Pay | | $ | 739.84 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 28.27- | 221.75- |
| | Social Security Tax | 45.87- | 329.23- |
| | Medicare Tax | 10.73- | 77.00- |
| | IN Withholding Tax | 24.65- | 176.94- |
| | Allen R W/H Tax | 7.25- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 14.80- | |
| | | | |
| | Net Pay | $ | 608.27 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60884923 |
| Period Ending: | 09/06/2008 |
| Pay Date: | 09/12/2008 |
| Employee ID: | 016035 |

Pay to the
order of       Raymond F Daniels
This Amount:   Six Hundred Eight and 27/100 Dollars

## NON-NEGOTIABLE
$608.27
(THIS IS NOT A CHECK)

123

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:          08/23/2008
Pay Date:               08/29/2008

Social Security Number:
Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|----------|------|-------|-------------|--------------|-----------------|
| Regular | 692.310 | | | | |
| Overtime | | | | | |
| Commissions | | | 1,057.50 | | |
| **Gross Pay** | | $ | 1,057.50 | 5,310.24 | |

| Deductions | Statutory | | |
|------------|-----------|-------------|-------------|
| | Federal Withholding Tax | 55.72- | 221.75- |
| | Social Security Tax | 65.56- | 329.23- |
| | Medicare Tax | 15.33- | 77.00- |
| | IN Withholding Tax | 35.24- | 176.94- |
| | Allen R W/H Tax | 10.36- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 21.15- | |
| | | | |
| | **Net Pay** | $ | 854.14 |

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60877350 |
| Period Ending: | 08/23/2008 |
| Pay Date: | 08/29/2008 |
| Employee ID: | 016035 |

Pay to the
order of      Raymond F Daniels
This Amount:  Eight Hundred Fifty-Four and 14/100 Dollars

## NON-NEGOTIABLE            $854.14
(THIS IS NOT A CHECK)

124

Michiana Metronet, Inc.
3349 Route 138 Bldg A
Wall, NJ 07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 08/23/2008 |
| Pay Date: | 08/29/2008 |

Social Security Number: ▓▓▓▓▓▓▓
Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN 46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | |
| Overtime | | | | |
| Sliding Scale Week 1 | | 4.75 | 18.37 | |
| Gross Pay | | $ | 710.69 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 35.42- | 221.75- |
| | Social Security Tax | 44.07- | 329.23- |
| | Medicare Tax | 10.31- | 77.00- |
| | IN Withholding Tax | 23.68- | 176.94- |
| | Alien R W/H Tax | 6.96- | 52.04- |
| | | | |
| | Other | | |
| | *Dom401K | 14.21- | |
| | | | |
| | Net Pay | $ | 586.04 |

Important Notes

*This deduction reduces taxable gross.

---

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ 07719

| | |
|---|---|
| Payroll check number: | 60877349 |
| Period Ending: | 08/23/2008 |
| Pay Date: | 08/29/2008 |
| Employee ID: | 016035 |

Pay to the
order of        Raymond F Daniels
This Amount:    Five Hundred Eighty-Six and 04/100 Dollars

**NON-NEGOTIABLE**        $586.04
(THIS IS NOT A CHECK)

125

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 08/09/2008 |
| Pay Date: | 08/15/2008 |

Social Security Number: ███████
Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 01
 State: 00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | |
| Overtime | | | | |
| Sliding Scale Week 1 | | 7.25 | 26.56 | |
| Sliding Scale Week 2 | | 1.75 | 7.25 | |
| Gross Pay | | | 726.13 | 5,310.24 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 36.93- | 221.75- |
| | Social Security Tax | 45.02- | 329.23- |
| | Medicare Tax | 10.52- | 77.00- |
| | IN Withholding Tax | 24.19- | 176.94- |
| | Allen R W/H Tax | 7.12- | 52.04 |
| | Other | | |
| | *Dom401K | 14.52- | |
| | Net Pay | | 597.83 |

Important Notes

* This deduction reduces taxable gross.

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60870114 |
| Period Ending: | 08/09/2008 |
| Pay Date: | 08/15/2008 |
| Employee ID: | 016035 |

Pay to the
order of    Raymond F Daniels
This Amount:   Five Hundred Ninety Seven and 83/100 Dollars

## NON-NEGOTIABLE    $597.83
(THIS IS NOT A CHECK)

126

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

| | |
|---|---|
| Period Ending: | 07/26/2008 |
| Pay Date: | 08/01/2008 |

Social Security Number: ███████
Taxable Marital Status:     Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | | |
| Overtime | | | | | |
| Sliding Scale Week 1 | | 11.75 | 39.30 | | |
| Sliding Scale Week 2 | | 7.50 | 27.33 | | |
| Gross Pay | | $ | 758.95 | 5,210.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 31.66- | 221.75- |
| | Social Security Tax | 47.06- | 329.23- |
| | Medicare Tax | 11.00- | 77.00- |
| | IN Withholding Tax | 25.80- | 176.94- |
| | Allen R W/H Tax | 7.59- | 52.04 |
| | Other | | |
| | Net Pay | $ | 677.84 |

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

000-1278/611

| | |
|---|---|
| Payroll check number: | 60862508 |
| Period Ending: | 07/26/2008 |
| Pay Date: | 08/01/2008 |
| Employee ID: | 016035 |

Pay to the
order of
This Amount:

Raymond F Daniels
Six Hundred Seventy-Seven and 84/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$677.84

127

Michiana Metronet. Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:            07/26/2008
Pay Date:                 08/01/2008

Social Security Number:   ▬▬▬▬▬
Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal: 01
  State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 692.310 | | | | |
| Overtime | | | | | |
| Commissions | | | 11.25 | | |
| **Gross Pay** | | $ | 11.25 | 8,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | | 221.75- |
| | Social Security Tax | 0.69- | 329.23- |
| | Medicare Tax | 0.17- | 77.00- |
| | IN Withholding Tax | 0.38- | 176.94- |
| | Allen R W/H Tax | 0.11- | 52.04 |
| | Other | | |
| | **Net Pay** | $ | 9.90 |

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60862509 |
| Period Ending: | 07/26/2008 |
| Pay Date: | 08/01/2008 |
| Employee ID: | 016035 |

Pay to the
order of     Raymond F Daniels
This Amount: Nine and 90/100 Dollars

# NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$9.90

128

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:                 07/12/2008
Pay Date:                      07/18/2008

Social Security Number:        ▇▇▇▇▇▇
Taxable Marital Status:        Married
Exemptions/Allowances:
   Federal: 01
   State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | | |
| Overtime | | | | | |
| Sliding Scale Week 1 | 2.75 | | 11.13 | | |
| Sliding Scale Week 2 | 6.50 | | 24.19 | | |
| Gross Pay | | $ | 727.64 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 28.53- | 221.75- |
| | Social Security Tax | 45.11- | 329.23- |
| | Medicare Tax | 10.55- | 77.00- |
| | IN Withholding Tax | 24.74- | 176.94- |
| | Allen R W/H Tax | 7.28- | 52.04- |

Other

| Net Pay | | $ | 611.43 |
|---|---|---|---|

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

Payroll check number:          60853845
Period Ending:                 07/12/2008
Pay Date:                      07/18/2008
Employee ID:                   016035

Pay to the
order of          Raymond F Daniels
This Amount:      Six Hundred Eleven and 43/100 Dollars

## NON-NEGOTIABLE
(THIS IS NOT A CHECK)

$611.43

129

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending: 06/28/2008
Pay Date: 07/03/2008

Social Security Number: ▓▓▓▓▓▓
Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 01
State: 00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date | Important Notes |
|---|---|---|---|---|---|
| Regular | 692.310 | 80.00 | 692.32 | | |
| Overtime | | | | | |
| **Gross Pay** | | $ | 692.32 | 5,310.24 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Withholding Tax | 25.00- | 221.75- |
| | Social Security Tax | 42.53- | 329.23- |
| | Medicare Tax | 10.04- | 77.00- |
| | IN Withholding Tax | 23.54- | 176.94- |
| | Allen R W/H Tax | 6.92- | 52.04- |
| | Other | | |
| | **Net Pay** | $ | 583.89 |

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

| | |
|---|---|
| Payroll check number: | 60844718 |
| Period Ending: | 06/28/2008 |
| Pay Date: | 07/03/2008 |
| Employee ID: | 016035 |

Pay to the
order of     Raymond F Daniels
This Amount:  Five Hundred Eighty-Three and 89/100 Dollars

## NON-NEGOTIABLE     $583.89
(THIS IS NOT A CHECK)

130

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

# Earnings Statement

Period Ending:          06/14/2008
Pay Date:               06/20/2008

Social Security Number:    ████████
Taxable Marital Status:    Married
Exemptions/Allowances:
   Federal: 01
   State:  00

Raymond F Daniels
4020 Kingsbrook Way
Fort Wayne, IN  46818

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 692.320 | 80.00 | 692.32 | |
| Overtime | | | | |
| Gross Pay | | $ | 692.32 | 5,310.24 |

Important Notes

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Withholding Tax | 25.00- | 221.75- |
| | Social Security Tax | 42.92- | 329.23- |
| | Medicare Tax | 10.04- | 77.00- |
| | IN Withholding Tax | 23.54- | 176.94- |
| | Allen R W/H Tax | 6.92- | 52.04- |
| | Other | | |
| | Net Pay | $ | 583.90 |

000-1278/611

Michiana Metronet, Inc.
3349 Route 138  Bldg A
Wall, NJ  07719

Payroll check number:     60839848
Period Ending:            06/14/2008
Pay Date:                 06/20/2008
Employee ID:              016035

Pay to the
order of        Raymond F Daniels
This Amount:    Five Hundred Eighty-Three and 90/100 Dollars

## NON-NEGOTIABLE          $583.90
(THIS IS NOT A CHECK)

131